UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10391-NMG |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | 18 U.S.C. § 844(i) - Arson |
| ROBERT L. WYATT | ) | 18 U.S.C. § 924(c)(1)(A) - |
| | ) | Possession of Destructive |
| | ) | Device in Furtherance of |
| | ) | A Crime of Violence |

## INDICTMENT

**COUNT ONE:** (18 U.S.C. § 844(i) - Arson)

The Grand Jury charges that:

On or about November 14, 2004, at Cambridge, in the District of Massachusetts,

**ROBERT L. WYATT,**

defendant herein, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building and other real and personal property, located at 264 Putnam Avenue, Cambridge, MA, used in interstate commerce and in activities affecting interstate commerce.

All in violation of Title 18, United States Code, Sections 844(i) and 2.

<u>COUNT TWO</u>:   (Title 18, United States Code, § 924(c)(1)(A) - Possession Of A Destructive Device In Furtherance Of A Violent Crime)

The Grand Jury further charges that:

On or about November 14, 2004, at Cambridge, in the District of Massachusetts,

**ROBERT L. WYATT**,

defendant herein, knowingly and intentionally carried during and in relation to, and possessed in furtherance of, the violent crime charged in Count One, a firearm, to wit, a destructive device commonly known as a "Molotov cocktail."

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## Supplemental Factual Allegations

The Grand Jury further finds that:

1. The offense charged in Count One created a substantial risk of death or serious bodily injury to persons other than a participant in the offense, and that risk was created knowingly by the defendant **ROBERT L. WYATT**, as described in U.S.S.G. §2K1.4(a)(1)(A).

2. The offense charged in Count One involved the destruction or attempted destruction of a dwelling, as described in U.S.S.G. §2K1.4(a)(1)(B).

3. At the time of the conduct described in Count One and Count Two, the defendant was at least 18 years old and had at least two prior felony convictions of either a crime of violence or a controlled substance offense, as described in U.S.S.G. § 4B1.1(a).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY




_____
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY




DISTRICT OF MASSACHUSETTS;                    , 2004

Returned into the District Court by Grand Jurors and filed.

_____
DEPUTY CLERK

12/22/04

3:10

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                      **U.S. District Court - District of Massachusetts**

Place of Offense: _____  Category No. _II_____  Investigating Agency _ATF_____

City ___Cambridge_____  Related Case Information:

County ___Middlesex_____  Superseding Ind./ Inf. _____ Case No. _04-M00080-LPC_
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name ___Robert L. Wyatt_____  Juvenile ☐ Yes ☒ No

Alias Name _____

Address _____

Birth date (Year only): _1964_  SSN (last 4 #): _6275_  Sex _M_ Race: _Black_  Nationality: _U.S._

Defense Counsel if known: _Paul Kelly, Esq._____  Address: _Kelly Libby & Hoopes PC_
_175 Federal Street, Boston, MA 02110_

Bar Number: _____

**U.S. Attorney Information:**

AUSA _Robert E. Richardson_____  Bar Number if applicable _____

Interpreter: ☐ Yes ☒ No  List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

Arrest Date: _12/3/04_____

☒ Already in Federal Custody as _pretrial detainee_____ in _custody of U.S. Marshal_____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _2_

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _12/22/04_   Signature of AUSA: _Robert E. Richardson_ (signature)

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Robert L. Wyatt

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 844(i) | Arson | 1 |
| Set 2 | 18 U.S.C. § 924(c)(1)(A) | Possession of firearm to further violent crime | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**