# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )   CRIMINAL ACTION
                               )   NO. 04-10391-NMG
ROBERT L. WYATT,               )
          Defendant,           )
_____)
```

### INITIAL STATUS REPORT
### February 23, 2005

**SWARTWOOD, C.M.J.**

The following is an Initial Status Report to Gorton, J. to whom this case is assigned:

1. Discovery

The Government has completed its obligation for automatic discovery. Counsel for Mr. Wyatt has sent the Government a written request for additional discovery. Therefore, if this request for discovery cannot be resolved, Mr. Wyatt shall file his motion for discovery by March 10, 2005 and the Government shall file its opposition to that motion by March 24, 2005.

2. Further Status Conference

A further status conference shall be held in this case on March 31, 2005, at 3:00 p.m., in Courtroom 1, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from February 7, 2005 (date of expiration of prior order of excludable time) through March 24, 2005 (date by which the Government is to file its opposition to Mr. Wyatt's motion for discovery).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, June 2, 2005</u>.

<pre>
                              /s/Charles B. Swartwood, III
                              CHARLES B. SWARTWOOD, III
                              CHIEF MAGISTRATE JUDGE
</pre>