UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
        v.                    )   CRIMINAL ACTION
                              )   NO. 04-10391-NMG
ROBERT L. WYATT,              )
        Defendant,            )
_____)

## STATUS REPORT
### April 1, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Gorton, J. to whom this case is assigned:

1. Discovery

Mr. Wyatt has requested additional time to conduct and complete an investigation concerning this case. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on May 16, 2005, at 2:00 p.m., in Courtroom 1, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from March 24, 2005 (date of

expiration of prior order of excludable time) through May 16, 2005 (date by which discovery shall be completed in this case). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, July 25, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE
