```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        v.                )   CRIMINAL ACTION<br>                          )   NO. 04-10391-NMG<br>ROBERT L. WYATT,          )<br>        Defendant,        ) | |

```
                          STATUS REPORT
                          May 18, 2005
```

**SWARTWOOD, C.M.J.**

The following is a Status Report to Gorton, J. to whom this case is assigned:

1. <u>Discovery</u>

Mr. Wyatt's counsel has requested additional time to complete his investigation of this case. The Government has met its obligation for automatic disclosure, but this is an arson case and Mr. Wyatt needs time to develop facts for his defense. I have granted his request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on June 28, 2005, at 2:15 p.m., in Courtroom 1, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from May 16, 2005 (date of expiration of prior order of excludable time) through June 28, 2005 (date by which Mr. Wyatt's counsel shall complete his investigation of the facts concerning his client's defense in this case). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, September 6, 2005</u>.

<pre>
                                   /s/Charles B. Swartwood, III
                                   CHARLES B. SWARTWOOD, III
                                   CHIEF MAGISTRATE JUDGE
</pre>