UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>ROBERT L. WYATT,      )<br>     Defendant,   )<br>                 ) | **CRIMINAL ACTION**<br>**NO. 04-10391-NMG** |

ORDER OF EXCLUDABLE TIME
May 18, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from May 16, 2005 (date of expiration of prior order of excludable time) through June 28, 2005 (date by which Mr. Wyatt's counsel shall complete his investigation of the facts concerning his client's defense in this case) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE