## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ROBERT L. WYATT, <br>         Defendant, | CRIMINAL ACTION <br> NO. 04-10391-NMG |

### STATUS REPORT
### June 29, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Gorton, J. to whom this case is assigned:

1.  <u>Discovery</u>

Because of the nature of the charges involved in this case, Mr. Wyatt's counsel has requested additional time within which to complete his independent investigation of the facts and circumstances involved in this case. I have granted that request.

2.  <u>Further Status Conference</u>

A further status conference shall be held in this case on August 30, 2005, at 2:45 p.m., in Courtroom 1, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding

from the Speedy Trial Act, the period from June 28, 2005 (date of expiration of prior order of excludable time) through August 30, 2005 (date by which Mr. Wyatt's counsel will have completed his independent investigation of the facts and circumstances concerning the offenses charged against his client in this Indictment). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, November 8, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE