UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>ROBERT L. WYATT,  )<br>       Defendant,  )<br>)  | CRIMINAL ACTION<br>NO. 04-10391-NMG |

ORDER OF EXCLUDABLE TIME
June 29, 2005

SWARTWOOD, C.M.J.

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from June 28, 2005 (date of expiration of prior order of excludable time) through August 30, 2005 (date by which Mr. Wyatt's counsel will have completed his independent investigation of the facts and circumstances concerning the offenses charged in this Indictment) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE