```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

_____
                                  )
UNITED STATES OF AMERICA,         )
                                  )
                                  )
          v.                      )   **CRIMINAL ACTION**
                                  )   **NO. 04-10391-NMG**
ROBERT L. WYATT,                  )
          Defendant,              )
_____)

                    STATUS REPORT
                   September 2, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Gorton, J. to whom this case is assigned:

1. Discovery

Counsel for the parties have requested additional time to complete discovery. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on September 22, 2005, at 2:15 p.m., in Courtroom 1, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. Excludable Time

At the request of the Government and with the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from August 30, 2005 (date of expiration of prior order

of excludable time) through September 22, 2005 (date by which discovery shall be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, December 1, 2005</u>.

<pre>                                    /s/Charles B. Swartwood, III
                                    CHARLES B. SWARTWOOD, III
                                    CHIEF MAGISTRATE JUDGE</pre>