UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )    CRIMINAL ACTION
                               )    NO. 04-10391-NMG
ROBERT L. WYATT,               )
         Defendant,            )
_____)
```

**FINAL STATUS REPORT**
**September 23, 2005**

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Gorton, J. to whom this case is assigned:

1. <u>Discovery</u>

Completed.

2. <u>Substantive Motions</u>

None anticipated.

3. <u>Trial</u>

Counsel estimate two weeks or ten days of trial.

4. <u>Interpreter</u>

None needed.

5. <u>Defenses</u>

The Defendant does not intend to pursue an alibi, public authority or insanity defense.

6.   <u>Excludable Time</u>

With the assent of counsel for the parties, I have previously excluded from the Speedy Trial Act, the entire period from date of arraignment through September 22, 2005.  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, December 1, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE