AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF Massachusetts

## APPEARANCE

CASE NUMBER: 04-10391-NMG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant Robert Wyatt

11/4/05
Date

Signature

Douglas J. Brooks
Print Name

Kelly, Libby & Hoopes, 175 Federal St
Address

Boston                MA              02110
City                State            Zip Code

(617) 338-9300
Phone Number