UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No.: No. 04-CR-10391-NMG |
| | ) |
| vs. | ) |
| | ) |
| ROBERT WYATT | ) |
| | ) |
| Defendant | ) |
| | ) |

**DEFENDANT'S MOTION TO EXCLUDE TIME
FOR PURPOSES OF SPEEDY TRIAL ACT**

Defendant Robert Wyatt hereby moves the Court to exclude the time from November 4, 2005 through March 20, 2006 for the purposes of the Speedy Trial Act. In support of this Motion, Mr. Wyatt states as follows:

1. On November 4, 2005, the Court held a status conference in this case to establish a date for trial.

2. At the status conference, with Mr. Wyatt's assent, the Court scheduled a trial date of March 20, 2006.

4. Mr. Wyatt believes that the "ends of justice" are best served by scheduling a March 2006 trial date. *See* 18 U.S.C. § 3161(h)(8).

WHEREFORE, Mr. Wyatt respectfully requests that the Court exclude the time from November 4, 2005 through March 20, 2006 for purposes of the Speedy Trial Act.

By his attorneys,

/s/ Douglas S. Brooks_____
Paul V. Kelly (BBO No. 267010)
Douglas S. Brooks (BBO No. 636697)
KELLY, LIBBY & HOOPES, P.C.
175 Federal Street
Boston, MA. 02110
(617) 338-9300

Dated: November 7, 2005