UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> vs. </br></br> ROBERT WYATT </br></br> Defendant | Case No.: No. 04-CR-10391-NMG |

**DEFENDANT ROBERT WYATT'S MOTION**
***IN LIMINE* TO EXCLUDE CERTAIN EVIDENCE**

Defendant Robert Wyatt, hereby moves, *in limine*, for an Order precluding the government from introducing, by way of exhibit or testimony (on direct or cross-examination), the following evidence:

(1) Expert testimony opining that a Molotov cocktail caused the fire in question;

(2) Evidence of the alleged Molotov cocktail found outside of the building where the fire occurred;

(3) Surveillance video of an unidentified individual leaving and entering 808 Memorial Drive during the morning of the fire;

(4) Lay opinion testimony regarding the potential identity of the individual on the video;

(5) Expert testimony as to why fingerprints might not have been found on the bottle discovered outside of the building where the fire occurred;

(6) Certain alleged hearsay statements of Lisa Jackson;

(7)     Alleged Crack Pipe claimed to have been found on defendant during his arrest; and

(8)     Defendant's prior convictions.

In support of this Motion, defendant incorporates and relies upon the accompanying supporting memorandum.

WHEREFORE, defendant Robert Wyatt respectfully requests that this Court ALLOW his Motion *in Limine* to Exclude Certain Testimony.

Respectfully submitted,

ROBERT WYATT
By his attorneys,


/s/ Douglas S. Brooks
Paul V. Kelly (BBO No. 267010)
Douglas S. Brooks (BBO No. 636697)
KELLY, LIBBY & HOOPES, P.C.
175 Federal Street
Boston, MA  02110
Telephone:  (617) 338-9300


Dated:  February 27, 2006


### CERTIFICATE OF SERVICE

I, Douglas S. Brooks, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 27th day of February, 2006.


/s/ Douglas S. Brooks
Douglas S. Brooks

2