UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No.: No. 04-CR-10391-NMG |
| | ) |
| vs. | ) |
| | ) |
| ROBERT WYATT | ) |
| | ) |
| Defendant | ) |
| | ) |
| | ) |

**DEFENDANT ROBERT WYATT'S *EX PARTE* MOTION FOR
AUTHORIZATION TO OBTAIN SERVICES OF
<u>LITGIATION GRAPHICS SUPPORT</u>**

Defendant Robert Wyatt ("Wyatt") moves for authorization to obtain the services of litigation graphics support, David Minard, and to incur the accompanying costs associated with the production of demonstrative aids or exhibits for use at trial (estimated cost $1,000.00).  As grounds therefore, Wyatt incorporates the attached CJA Form 21, "Authorization and Voucher for Expert and Other Services," and states as follows:

On or about December 22, 2004, Wyatt was indicted on one count of arson (18 U.S.C. § 844(i)) and one count of possession of a destructive device in furtherance of a violent crime (18 U.S.C. § 924(c)(1)(A)).  If convicted, the minimum mandatory sentence for these two counts is thirty-five years.

Wyatt's jury trial in this matter is currently set for March 20, 2006.  In order to present an adequate defense at trial, the undersigned will need to collaborate with litigation graphics support to produce necessary demonstrative aids or exhibits for trial.

WHEREFORE, the defendant respectfully requests that this Court grant his *Ex Parte* Motion for Authorization to Obtain Services of Litigation Graphics Support.

        Respectfully submitted,

        Robert Wyatt,

        By his Attorneys,


        /s/ Paul V. Kelly
        Paul V. Kelly (BBO No. 267010)
        Douglas S. Brooks (BBO No. 636697)
        KELLY, LIBBY & HOOPES, P.C.
        175 Federal Street
        Boston, MA 02110
        (617) 338-9300

Dated: March 3, 2006

## CERTIFICATE OF SERVICE

    I, Douglas S. Brooks, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 3rd day of March, 2006.

        /s/ Douglas S. Brooks
        Douglas S. Brooks

**CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES (5-99)**

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED Robert Wyatt | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 04-CR-10391-NMB | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF *(Case Name)* United States v. Wyatt | 8. PAYMENT CATEGORY ☒ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | 9. TYPE PERSON REPRESENTED ☒ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other: | 10. REPRESENTATION TYPE *(See Instructions)* CC | |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18 U.S.C. Sec. 844(i); 18 U.S.C. Sec. 1924(c)(1)(A)

**REQUEST AND AUTHORIZATION FOR EXPERT SERVICES**

**12. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☒ Authorization to obtain the service. Estimated Compensation and Expenses: $ 1,000.00     OR
☐ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. *(Note: Prior authorization should be obtained for services in excess of $300, excluding expenses)*

Signature of Attorney  *Paul V. Kelly /s/*     Date  03/03/06

☒ Panel Attorney   ☐ Retained Attorney   ☐ Pro-Se   ☐ Legal Organization

**ATTORNEY'S NAME** *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS
Paul V. Kelly, Kelly, Libby & Hoopes, P.C.
175 Federal Street, Boston, MA 02110
Telephone Number: _____

**13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES** *(See Instructions)*

**14. TYPE OF SERVICE PROVIDER**
01 ☐ Investigator
02 ☐ Interpreter/Translator
03 ☐ Psychologist
04 ☐ Psychiatrist
05 ☐ Polygraph
06 ☐ Documents Examiner
07 ☐ Fingerprint Analyst
08 ☐ Accountant
09 ☐ CALR (Westlaw/Lexis, etc.)
10 ☐ Chemist/Toxicologist
11 ☐ Ballistics
13 ☐ Weapons/Firearms/Explosive Expert
14 ☐ Pathologist/Medical Examiner
15 ☐ Other Medical
16 ☐ Voice/Audio Analyst
17 ☐ Hair/Fiber Expert
18 ☐ Computer *(Hardware/Software/Systems)*
19 ☐ Paralegal Services
20 ☐ Legal Analyst/Consultant
21 ☐ Jury Consultant
22 ☐ Mitigation Specialist
23 ☐ Duplication Services *(See Instructions)*
24 ☒ Other *(Specify)* Graphics Support

**15. COURT ORDER**
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 12 is hereby granted.

_____
Signature of Presiding Judicial Officer or By Order of the Court

_____   _____
Date of Order      Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES   ☐ NO

**CLAIM FOR SERVICES AND EXPENSES**   **FOR COURT USE ONLY**

| 16. SERVICES AND EXPENSES *(Attach itemization of services with dates)* | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | | | |
| b. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | | |
| c. Other Expenses | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED)** | $0.00 | | |

**17. PAYEE'S NAME** *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS

TIN: _____
Telephone Number: _____

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM _____ TO _____

CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____     Date _____

**18. CERTIFICATION OF ATTORNEY** I hereby certify that the services were rendered for this case.

Signature of Attorney _____     Date _____

**APPROVED FOR PAYMENT — COURT USE ONLY**

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

23. ☐ Either the cost *(excluding expenses)* of these services does not exceed $300, or prior authorization was obtained.
☐ Prior authorization was not obtained, but in the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost *(excluding expenses)* exceeds $300.

_____           _____           _____
Signature of Presiding Judicial Officer              Date                     Judge/Mag. Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

**28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. § 3006A(e)(3)**

_____           _____           _____
Signature of Chief Judge, Court of Appeals (or Delegate)        Date                Judge Code