UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No.: No. 04-CR-10391-NMG |
| | ) |
| vs. | ) |
| | ) |
| ROBERT WYATT | ) |
| | ) |
| Defendant | ) |
| | ) |

### DEFENDANT'S PROPOSED EXHIBIT LIST

Defendant Robert Wyatt hereby submits the following list of exhibits expected to be introduced at trial. The defendant reserves the right to supplement this list on the basis of developments in the government's evidence at trial and after receipt and subsequent review of the *Jencks* material, not yet provided by the government.

1. Schematics of 808 Memorial Drive (including a floor plan), 264 Putnam Avenue and the surrounding geographical area.

2. Various photographs of the area outside of 808 Memorial Drive.[1]

3. A-K9 Tubbs' training certifications (RW 049-053).

---

[1] Counsel for defendant does not yet have the exhibits in categories 1 and 2 above in their possession, custody or control. However, they expect to have them shortly, and will provide them to the government immediately thereafter.

Respectfully Submitted,

Robert Wyatt

By his attorneys,


/s/ Douglas S. Brooks_____
Paul V. Kelly (BBO No. 267010)
Douglas S. Brooks (BBO No. 636697)
KELLY, LIBBY & HOOPES, P.C.
175 Federal Street
Boston, MA 02110
(617) 338-9300


Dated: March 6, 2006


**CERTIFICATE OF SERVICE**

    I, Douglas S. Brooks, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 6th day of March, 2006.

    /s/ Douglas S. Brooks_____
    Douglas S. Brooks