UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No.: No. 04-CR-10391-NMG |
| | ) |
| vs. | ) |
| | ) |
| ROBERT WYATT | ) |
| | ) |
| Defendant | ) |
| | ) |

**<u>DEFENDANT'S WITNESS LIST</u>**

In addition to those individuals named by the government as potential witnesses, the defendant may call the following individuals to testify at trial in the above case:

1. Michael Higgins          Westford, MA

2. John Cinotti             Framingham, MA

3. Lisa Jackson             Boston, MA

4. Rhonda Oyuela            Cambridge, MA

The defendant reserves the right to supplement this list on the basis of developments in the government's evidence at trial. The defendant further reserves the right to supplement this list if certain witnesses expected to be called by the government based on the discovery provided to date are omitted from the government's witness list.

The defendant also reserves the right to supplement this list after receipt and subsequent review of the *Jencks* material, not yet provided by the government.

        Respectfully Submitted,

        Robert Wyatt

        By his attorneys,

        /s/ Douglas S. Brooks_____
        Paul V. Kelly (BBO No. 267010)
        Douglas S. Brooks (BBO No. 636697)
        KELLY, LIBBY & HOOPES, P.C.
        175 Federal Street
        Boston, MA 02110
        (617) 338-9300

Dated: March 6, 2006

## CERTIFICATE OF SERVICE

I, Douglas S. Brooks, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 6th day of March, 2006.

        /s/ Douglas S. Brooks
        Douglas S. Brooks