**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 04-10391-NMG** |
| | ) | |
| **ROBERT WYATT** | ) | |

## GOVERNMENT'S WITNESS LIST

The United States of America, through its attorneys, Michael J. Sullivan, United States

Attorney, and Robert E. Richardson, Assistant U.S. Attorney, hereby provides the following list

of potential witnesses for the trial of the above matter.  The government reserves the right to

supplement this list and/or to call additional witnesses in light of developments prior to or at

trial.

1.  Captain Stephen J. Boyle, Cambridge Fire Department
2.  Lt. John M. Kotowski, Cambridge Fire Department
3.  Firefighter William J. Sullivan, Cambridge Fire Department
4.  Lt. Brian Higgin, Cambridge Fire Department
5.  Howard House, ATF
6.  Mattheu Kelsch, ATF
7.  Trooper Donald Bossi, Massachusetts State Police
8.  Chemist John Drugan, Massachusetts State Police
9.  Trooper Wesley Wanagel, Massachusetts State Police
10. Scott Vining, Cambridge
11. Kimberly Wilson, Cambridge
12. Filomena Pireira, Cambridge
13. Isabelle Jackson, Cambridge
14. Rhonda Oyuela, Cambridge
15. Lance Wheeler, Cambridge
16. Edward Grover, Billerica
17. Christine Brown, Cambridge
18. Norman Drayton, Cambridge

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/Robert E. Richardson
ROBERT E. RICHARDSON
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, Robert E. Richardson, hereby certify that this documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 6, 2006.

/s/Robert E. Richardson
ROBERT E. RICHARDSON