UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CRIMINAL NO. 04-10391-NMG |
| | ) |
| ROBERT WYATT | ) |

## GOVERNMENT'S EXHIBIT LIST

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney, and Robert E. Richardson, Assistant U.S. Attorney, hereby provides the following list of exhibits for the trial of the above matter. The government reserves the right to supplement this list in light of developments prior to or at trial.

1. Map of area of Cambridge, Massachusetts
2. Photographs from scene of fire
3. Smirnoff Ice bottle and other components of Molotov cocktail
4. Materials submitted to Massachusetts State Police Laboratory
5. Surveillance vidotape
6. Empty Smirnoff Ice bottle
7. Dishcloth
8. Mask

                                                  Respectfully submitted,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

                By:

                                                  /s/Robert E. Richardson
                                                  ROBERT E. RICHARDSON
                                                  Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, Robert E. Richardson, hereby certify that this documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 6, 2006.

                                                  /s/Robert E. Richardson
                                                ROBERT E. RICHARDSON