UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: No. 04-CR-10391-NMG |
| ) | |
| vs. ) | |
| ) | |
| ROBERT WYATT ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

**DEFENDANT'S SUPPLEMENTAL WITNESS LIST**

Having received from the government an interview report of the Cambridge Fire Department for the first time earlier this week, Defendant hereby supplements his witness list as follows:

   a.   DFC Michael J. Morrissey – Chief Investigator – FIU, Cambridge Fire
        Department

                                    Respectfully Submitted,

                                    Robert Wyatt

                                    By his attorneys,


                                    /s/ Douglas S. Brooks_____
                                    Paul V. Kelly (BBO No. 267010)
                                    Douglas S. Brooks (BBO No. 636697)
                                    KELLY, LIBBY & HOOPES, P.C.
                                    175 Federal Street
                                    Boston, MA 02110
                                    (617) 338-9300

Dated: March 16, 2006

2

**CERTIFICATE OF SERVICE**

      I, Douglas S. Brooks, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 16th day of March, 2006.

                                               /s/ Douglas S. Brooks
                                              Douglas S. Brooks