UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CRIMINAL NO. 04-10391-NMG** |
| ) | |
| **ROBERT WYATT** ) | |

## GOVERNMENT'S SUPPLEMENTAL WITNESS LIST

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney, and Robert E. Richardson, Assistant U.S. Attorney, hereby provides the following additional potential witness to its list of potential witnesses for the trial of the above matter. As grounds therefor, the government states that it has just learned of the witness and the fact that she may possess relevant information.

1. Sharon Davis        Cambridge, MA

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/Robert E. Richardson
ROBERT E. RICHARDSON
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, Robert E. Richardson, hereby certify that this documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 17, 2006.

/s/Robert E. Richardson
ROBERT E. RICHARDSON