UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ROBERT WYATT<br><br>Defendant | ) Case No.: No. 04-CR-10391-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT ROBERT WYATT'S FURTHER MOTION
*IN LIMINE* TO EXCLUDE CERTAIN EVIDENCE**

Defendant Robert Wyatt, hereby moves, *in limine*, for an Order precluding the government from introducing, by way of exhibit or testimony (on direct or cross-examination), the following evidence:

(1)     Video surveillance footage of 808 Memorial Drive (pursuant to Fed. R. Evid. 106 and 403; and

(2)     Lay person testimony concerning the contents of the bag being carried by an unknown individual (believed by the government to be Wyatt), depicted on the video.

Respectfully submitted,

ROBERT WYATT
By his attorneys,

/s/ Douglas S. Brooks
Paul V. Kelly (BBO No. 267010)
Douglas S. Brooks (BBO No. 636697)
KELLY, LIBBY & HOOPES, P.C.
175 Federal Street
Boston, MA  02110
Telephone:  (617) 338-9300

Dated:  March 19, 2006

## CERTIFICATE OF SERVICE

      I, Douglas S. Brooks, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 19th day of March, 2006.

                                      /s/ Douglas S. Brooks
                                      Douglas S. Brooks