UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No.: No. 04-CR-10391-NMG |
| vs. | ) |
| ROBERT WYATT | ) |
| Defendant | ) |

**DEFENDANT'S SECOND SUPPLEMENTAL WITNESS LIST**

Defendant hereby supplements his witness list as follows:

a.  CPD Det. Dwyer, Cambridge Police Department
b.  Dwayne Williams, Roxbury, MA

Respectfully Submitted,

Robert Wyatt

By his attorneys,

/s/ Douglas S. Brooks_____
Paul V. Kelly (BBO No. 267010)
Douglas S. Brooks (BBO No. 636697)
KELLY, LIBBY & HOOPES, P.C.
175 Federal Street
Boston, MA 02110
(617) 338-9300

Dated: March 19, 2006

**CERTIFICATE OF SERVICE**

      I, Douglas S. Brooks, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 16th day of March 19, 2006.

                                          /s/ Douglas S. Brooks
                                          Douglas S. Brooks