UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No.: No. 04-CR-10391-NMG |
| vs. | ) |
| ROBERT WYATT | ) |
| Defendant | ) |

### MOTION FOR JUDGMENT OF ACQUITTAL
(Fed. R. Crim. P. 29(a))

Defendant Robert Wyatt hereby moves, pursuant to Rule 29(a) of the Federal Rules of Criminal Procedure, that this Honorable Court order entry of judgment of acquittal on each and every count of the Indictment. In support whereof, Wyatt states that the record evidence at the close of the government's case is insufficient as a matter of law to sustain a conviction on any count.

On such motion, whether made at the close of the government's evidence or at the close of all of the evidence, the court's "responsibility is to ensure that the government has shouldered its burden and adequately proved its case." *United States v. Hardy*, 895 F.2d 1331, 1335 (11th Cir. 1990). In this respect, the court must review the evidence as a whole, including all inferences that may reasonably be drawn from it, in the light most favorable to the government, and decide whether a rational trier of fact can find guilt beyond a reasonable doubt." *Jackson v. Virginia*, 443 U.S. 307, 319 (1979). And "if he concludes that upon the evidence there must be such a doubt in the reasonable mind, he must grant the motion; or, to state it another way, if there is not evidence upon which a reasonable mind might fairly conclude guilt beyond a reasonable doubt, the motion must

be granted." *Curley v. United States*, 81 U.S. App. D.C. 389, 160 F.2d 229, 232-33, cert. denied, 331 U.S. 837 (1947).

Wyatt submits that, on the record evidence, no reasonable jury could conclude guilt beyond a reasonable doubt on any count and so moves for judgment of acquittal as to each.

                                                Respectfully submitted,

                                                Robert Wyatt,

                                                By his Attorneys,

                                                */s/ Paul V. Kelly*
                                                Paul V. Kelly (BBO No. 267010)
                                                Douglas S. Brooks (BBO No. 636697)
                                                KELLY, LIBBY & HOOPES, P.C.
                                                175 Federal Street
                                                Boston, MA 02110
                                                (617) 338-9300

Dated: March 23, 2006