AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

United States of America

V.

Robert Wyatt

**EXHIBIT AND WITNESS LIST**

Case Number: 04-CR-10391-NMG

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Nathaniel M. Gorton | Richardson | Kelly, Brooks |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/20/06----- | Dahlstrom | Nicewicz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 2A | | 3/21/06 | x | x | Photo of 264 Putnam Avenue |
| 1A | | | x | x | Overhead blow up of 264 Putnam Avenue |
| 2B | | | x | x | Bravo/Charlie corner of 264 Putnam Avenue post fire |
| 2C | | | x | x | Charlie/Delta side of 264 Putnam Avenue post fire |
| 2D | | | x | x | Photo of Smirnoff Ice bottle with wick |
| 2E | | | x | x | 1st floor living room apt. 2 |
| 3 | | | x | x | Smirnoff Ice bottle with wick |
| 4F | | | x | x | Vial of liquid from bottle |
| 6 | | | x | x | Smirnoff bottle ½ full |
| 7 | | | x | x | Portion of dish towel |
| 8 | | | x | x | Scissors |
| 4A | | | x | x | 11-14-04 Soil sample |
| 4B | | | x | x | 11-14-04 Melted carpet etc. sample |
| 4C | | | x | x | 11-14-04 Wooded window sill sample |
| 4D | | | x | x | 11-14-04 Carpet and unknown sample |
| 4E | | | x | x | 11-14-04 Carpet as control sample |
| 4G | | | x | x | Heat seal bag, 6 vials of extracts from cans |
| 2F | | 3/22/06 | x | x | Photo of Tubbs and Trooper Bossi |
| 2G | | | x | x | Photo of Evd Sample 1 (can of evidence) |
| 2H | | | x | x | Photo of Evd. Cone No. 2 |
| 2I | | | x | x | Photo of Evd. Cone No. 3 |
| 2J | | | x | x | Photo of Evd. Cone No. 4 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST -- CONTINUATION

| United States | vs. | Robert Wyatt | CASE NO. 04-CR-10391 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 2K |  | 3-22 | x | x | Photo of Interior BC corner, evd. cones and cans |
|  | 9 |  | x | x | Evidence bag |
| 2L |  |  | x | x | Photo of Bossi feeding Tubbs |
| 5 |  |  | x | x | CD of video clips |
|  | 10 |  | x | x | Elevator lobby still from video feed |
|  | 11 |  | x | x | Close up still from video feed |
| 12 |  |  | x | x | Card Report from 1a.m. to 9 a.m. 11/14/04 |
|  | 13 | 3/23 | x | x | Photo of Nike jacket |
|  | 14 |  | x | x | Nike jacket |
| 1B |  |  | x | x | Blow up of 264 Putnam & 808 Memorial Drive |
| 15 |  |  | x | x | Stipulation of parties |
| 16A |  |  | x | x | Photo of clip/still image of exh. 5 |
| 16B |  |  | x | x | Photo of clip/still individual hooded sweatshirt/bag |
| 16C |  |  | x | x | Photo of clip/still individual hooded sweatshirt/bag |
|  | 17 |  | x | x | Drayton statement transcribed by Deputy F.C. Morrissey |
|  | 18 |  | x | x | Area of 808 Memorial Drive blow up |
|  | 19 |  | x | x | Photo 4969 |

2:45    3-27-06

Could we review the video.

*[signature]*

CIVIL/CRIMINAL CASE NO: __04-CR-10391-NMG__

TITLE: __United States__ VS. __Robert Wyatt__

## JURY PANEL

| | |
|---|---|
| 01. Dawn Reno | 07. --Excused-- |
| 02. Colleen Meehan    Alt 1 (7) | 08. Ivan Mastovsky |
| 03. Peter Merrill | 09. Christine Silva |
| 04. Peter Caine | 10. Cheryl O'Calmain |
| 05. Douglas Miller | 11. Todd Rogers |
| 06. ~~Jonathan Cuppini~~  Alt 2 | 12. James McEnnis |
| | 13. Joseph Wensiki |
| | 14. Robert Guilford |

## WITNESSES

| PLAINTIFF/GOVT. | DEFENDANT |
|---|---|
| 01. Steven J. Boyle, Cpt., CFD | 01. Matthew Kelsch, ATF |
| 02. John Kotowski, Lt., CFD | 02. Michael Morrissey, Dep, FC, CFD |
| 03. Norman Drayton | 03. John Cinotti |
| 04. Bryan Higgins, Lt., CFD | 04. Michael Higgins |
| 05. John Drugan, MSP, chemist | 05. |
| 06. Wesley Wanagel, MSP, crime scene | 06. |
| 07. Donald Bossi, MSP | 07. |
| 08. Howard House, ATF | 08. |
| 09. Edward Grover | 09. |
| 10. Rhonda Oyuela | 10. |
| 11. Lance Wheeler | 11. |
| 12. Isabel Jackson | 12. |
| 13. | 13. |
| 14. | 14. |

(jury&wit.lst - 09/92)