United States District Court
District of Massachusetts

```
_____
                                 )
UNITED STATES OF AMERICA         )
                                 )
                                 )
                                 )
         v.                      )    Criminal Action No.
                                 )    04-10391-NMG
                                 )
ROBERT WYATT,                    )
                                 )
         Defendant.              )
_____)
```

### Verdict Form

**WE, THE JURY, UNANIMOUSLY FIND:**

1. On the charge of <u>Arson</u> (Count <u>One</u>), Defendant **Robert Wyatt**

    √  Not Guilty      ____ Guilty


**[If you answer Question 1 "Not Guilty", your deliberations are complete. If you answer Question 1 "Guilty", proceed to Question 2.]**


2. On the charge of <u>Possession of a Destructive Device in Furtherance of a Violent Crime</u> (Count <u>Two</u>), Defendant **Robert Wyatt**

    ____ Not Guilty      ____ Guilty


YOUR DELIBERATIONS ARE COMPLETE. THE FOREWOMAN WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING.

Dated: 3-27-06      Jury Forewoman: *[signature]*

-1-

3/27/06   3:26 pm
We have reached a verdict
Dawn Rom