AO 245A (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Robert Wyatt

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 04-CR-10391-001-NMG

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judicial Officer

Nathaniel M. Gorton, U.S.D.J.
Name and Title of Judicial Officer

3/27/06
Date